MOON v. VANCUREN.

From the Kosciusko Common Pleas.

*J. S. Frazer* and *R. B. Encell*, for appellant.

WORDEN, J.—This was an action by Moon against Van-

curen, upon a promissory note payable in bank, executed by Vancuren to one H. Kennedy and by the latter endorsed to the plaintiff, for three hundred and twenty dollars.

The defendant filed an answer of general denial and a paragraph, under oath, specially denying the execution of the note.

. Trial by the court; finding and judgment for the defendant, a new trial being refused.

The case is before us on the evidence, upon an examination of which we are of opinion that a new trial should have been granted. ·

The case is very similar to that of *Nebeker* v. *Outsinger*, at the present term, 48 Ind. 436 ; and the law, as decided in that case, entitles the appellant to a new trial in this.

. The judgment below is reversed, with costs, and the cause remanded for a new trial.

BUSKIRK, C. J.—In my opinion, the facts in this case do not bring it within the principle announced in *Nebeker* v. *Outsinger*.